NO OPINION
EVER ISSUED
BY THIS O-45O6
NUMBER